

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2020

No. 04-20-00442-CV

**IN THE INTEREST OF J.A., Y.A., A.A., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI01637
The Honorable Monique Diaz, Judge Presiding

# O R D E R

On October 20, 2020, we abated this appeal and ordered appellant to file a notification regarding the status of the trial court's modified order or dispositive motion by November 16, 2020. On November 16, 2020, appellant filed a notification requesting that we continue the abatement. We then ordered that this appeal remain abated and that appellant must file a notification regarding the status of this appeal or dispositive motion by December 16, 2020. In that order, we advised counsel that further requests to continue the abatement will be disfavored.

On December 16, 2020, appellant filed a second notification stating that she has drafted the modified order, but is awaiting the necessary signatures. She further states she will have to set the entry of the final divorce decree with the trial court. For these reasons, she requests that we continue the abatement.

After consideration, it is **ORDERED** that this appeal remain **ABATED until January 18, 2021**. If appellant fails to file a dispositive motion by this date, we will reinstate the appeal on this court's docket on January 19, 2021 and order appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee by January 29, 2021.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court